**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA ANTONIA SKAGGS, | ) Case No.: 5:14-cv-00254-CW |
| | ) |
| | ) ORDER AWARDING EQUAL |
| Plaintiff, | ) ACCESS TO JUSTICE ACT |
| | ) ATTORNEY FEES AND EXPENSES |
| vs. | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4150 as

authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE:  March 25, 2015          *Carla M. Woehrle*

                              ̄THE HONORABLE CARLA WOEHRLE
                              UNITED STATES MAGISTRATE JUDGE

-1-